UNITED STATES DISTRICT COURT
NORTHERN DIVISION OF GEORGIA
ATLANTA DIVISION

TRACY TAYLOR,

    Plaintiff,

                              CASE NO.: 1:11-CV-02125-RWS

vs.

CYNTHIA JONES, DMD, P.C.,
d/b/a DENTRISTY 4 KIDS, and
CYNTHIA JONES, Individually,

    Defendants.              /

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), by and through the undersigned counsel, Plaintiff and Defendant agree that the above-styled action be dismissed with prejudice with each party to bear their own attorneys' fees and costs.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned certifies that this document has been prepared in Times New Roman, 14 point font, which is one of the fonts and point selections approved by the Court in Local Rule 5.1(B).

Dated: January 24, 2013.

RESPECTFULLY SUBMITTED by:

| | |
|---|---|
| **s/ CARLOS V. LEACH** | **s/ J. HOUSTON LENNARD** |
| **Carlos V. Leach, Esquire** | J. Houston Lennard, Esq. |
| FLBN: 0540021 | GABN: 446525 |
| Morgan & Morgan, P.A. | Email: jhl@thelennardcompany.com |
| 20 N. Orange Ave., 14th Floor | **s/ JON P. SPETALNICK** |
| P.O. Box 4979 | Jon P. Spetalnick, Esq. |
| Orlando, FL 32802-4979 | GABN: 672020 |
| Telephone: (407) 420-1414 | Email: jon@spetalnicklaw.com |
| Facsimile: (407) 420-5956 | The Lennard Company |
| Email: CLeach@forthepeople.com | 2024 Powers Ferry Road, Suite 290 |
| COUNSEL FOR PLAINTIFF | Atlanta, GA 30339 |
| | (770) 573-2900 Telephone |
| | (404) 835-7332 Facsimile |
| | COUNSEL FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of January, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which I understand will send a notice of electronic filing to all parties of record.

s/ CARLOS V. LEACH
Carlos V. Leach, Esq.